# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-5322**  **September Term, 2015**

**1:09-cv-01656-RMC**

**Filed On: November 30, 2015** [1585677]

Deutsche Bank National Trust Company, as Trustee for the Trusts,

    Appellee

    v.

Federal Deposit Insurance Corporation, in its capacity as Receiver of Washington Mutual Bank,

    Appellant

JPMorgan Chase Bank, National Association and Washington Mutual Mortgage Securities Corporation,

    Appellees

------------------------------

Consolidated with 15-5326

## O R D E R

It is, **ORDERED**, on the court's own motion, that Appellant in case No. 15-5326 file the following documents by the dates indicated:

| | |
|---|---|
| Docketing Statement Form | December 30, 2015 |
| Statement of Issues to be Raised | December 30, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
John J. Accursio
Deputy Clerk