United States Court of Appeals

For the District of Columbia Circuit

_____

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for the Trusts, | No. 15-5322 Consolidated with No. 15-5326 |

                Appellant,

v.

Federal Deposit Insurance Corporation,
in its capacity as Receiver of Washington
Mutual Bank,

                Appellant,

JPMorgan Chase Bank, National
Association and Washington Mutual
Mortgage Securities Corporation,

                Appellees.

_____

## **STATUS REPORT**

Pursuant to this Court's April 27, 2016 Order in this case, the parties (the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank, Deutsche Bank National Trust Company, JPMorgan Chase Bank, National Association, and Washington Mutual Mortgage Securities Corporation) are filing a status report to inform the court that settlement negotiations are ongoing.

Pursuant to this Court's Order, the parties will file another status report within 90 days, or, within 30 days of the conclusion of settlement proceedings, motions to govern future proceedings in this case.

Respectfully submitted,

Colleen J. Boles
Assistant General Counsel
Kathryn R. Norcross
Senior Counsel

*/s/ Jerome A. Madden*
Jerome A. Madden
Counsel
Minodora D. Vancea
Counsel
FEDERAL DEPOSIT INSURANCE
  CORPORATION
3501 Fairfax Drive, Room VS-D-7062
Arlington, Virginia 22226
Telephone:  (703) 562-2010
Facsimile:  (703) 562-2496
Email:  knorcross@fdic.gov
Email: jemadden@fdic.gov
Email:  mvancea@fdic.gov
*Attorneys for FDIC as Receiver for Washington Mutual Bank*

Brent J. McIntosh
Sullivan & Cromwell LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006-5215
Email: mcintoshb@sullcrom.com
*Attorney for JPMorgan Chase Bank, N.A. and Washington Mutual Mortgage Securities Corporation*

Talcott J. Franklin
Talcott Franklin PC
1521 N. Cooper Street, Suite 340
Arlington, TX 76011
Email: tal@talcottfranklin.com
*Attorney for Deutsche Bank National Trust Company*

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016, I electronically filed the foregoing motion with the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:

Brent J. McIntosh
Sullivan & Cromwell LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006-5215
Email: mcintoshb@sullcrom.com
*Attorney for JPMorgan Chase Bank, N.A. and Washington Mutual Mortgage Securities Corporation*

Talcott J. Franklin
Talcott Franklin PC
1521 N. Cooper Street, Suite 340
Arlington, TX 76011
Email: tal@talcottfranklin.com
*Attorney for Deutsche Bank National Trust Company*

/s/ *Jerome A. Madden*
Jerome A. Madden