## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for the Trusts,

                    Plaintiff-Appellant,

            v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as Receiver of
Washington Mutual Bank,

                    Defendant-Appellant,

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION and WASHINGTON
MUTUAL MORTGAGE SECURITIES
CORPORATION,

                    Defendants-Appellees.

Case No:  15-5322
Consolidated with No. 15-5326

D.D.C. No. 09-cv-1656-RMC

## <u>STATUS REPORT</u>

Pursuant to this court's April 27, 2016 order in this case, the parties (the

Federal Deposit Insurance Corporation, as receiver of Washington Mutual Bank,

Deutsche Bank National Trust Company ("DBNTC"), JPMorgan Chase Bank, National

Association, and Washington Mutual Mortgage Securities Corporation) are filing this

status report and state as follows:

1.      On April 15, 2016, the parties submitted a joint motion to hold this

appeal in abeyance so as to provide the parties additional time to explore a negotiated

resolution of this dispute.

2.      On April 27, 2016, the Court granted the parties' joint motion to

hold the appeal in abeyance pending further order of the Court.  The Court directed the

parties to file status reports at 90-day intervals beginning July 26, 2016, and to file motions to govern future proceedings herein within 30 days of the conclusion of settlement proceedings.

3.    On July 26, 2016, the parties submitted a status report, stating that settlement negotiations were ongoing.

4.    On October 21, 2016, the parties submitted a status report stating that on August 19, 2016, the parties reached a negotiated settlement to resolve this case and several related disputes, but the settlement proceedings had not concluded because the parties' settlement was contingent upon successful completion of a separate state-court trustee instruction proceeding to be filed by DBNTC to obtain judicial approval of its decision to accept and enter into the settlement agreement.

5.    As described in the parties' January 18, 2017, status report, on December 12, 2016, DBNTC filed a separate state-court trustee instruction proceeding requesting judicial approval of its decision to accept and enter into the settlement agreement in the Superior Court of the State of California, County of Orange, Probate Division ("court").  *In the Matter of Certain Trusts Created, Sponsored, and/or Serviced by Washington Mutual Bank and Certain Subsidiaries or Affiliates*, (Case No. 30-2016-00892014-PR-TR-CJC).  The court scheduled a hearing on the Petition for May 9, 2017.

6.    On April 13, 2017, the parties filed a further report stating that they were awaiting further developments in the trustee instruction proceeding, and that the Petition hearing remained on the court's schedule for May 9, 2017.

7.    The court continued the hearing in the trustee instructional proceeding until June 16, 2017, and at the hearing on that date, the court ordered DBNTC

to file additional evidence concerning service of notices to certain securities holders.
After DBNTC filed such evidence, the court approved the settlement on June 30, 2017.
Pursuant to the terms of the settlement agreement, if no appeal is filed, the court's order
will become final and the settlement agreement will become effective on September 5,
2017.

        8.     Pursuant to this Court's Order, the parties will file another status
report within 90 days, or will file motions to govern future proceedings in this case within
30 days of the resolution of all remaining contingencies in the settlement agreement.


Dated:    July 12, 2017              Respectfully submitted,
          Washington, D.C.

                                /s/ Brent J. McIntosh

Robert A. Sacks                   Brent J. McIntosh
SULLIVAN & CROMWELL LLP       SULLIVAN & CROMWELL LLP
1888 Century Park East          1700 New York Avenue, N.W., Suite 700
Los Angeles, CA  90067          Washington, D.C.  20006
Telephone:  (310) 712-6600       Telephone:  (202) 956-7500
Facsimile:  (310) 712-8800       Facsimile:  (202) 956-7571
sacksr@sullcrom.com            mcintoshb@sullcrom.com

                                *Counsel for Defendants-Appellees*
                                *JPMorgan Chase Bank, N.A. and*
                                *Washington Mutual Mortgage*
                                *Securities Corporation*

/s/ Kathryn R. Norcross

Kathryn R. Norcross, Senior Counsel
Minodora D. Vancea, Counsel
FEDERAL DEPOSIT INSURANCE
CORPORATION
3501 Fairfax Drive, Room VS-D-7062
Arlington, Virginia 22226
Telephone: (703) 562-2010
Facsimile: (703) 562-2496
Email: knorcross@fdic.gov
Email: mvancea@fdic.gov

*Counsel for Defendant-Appellant FDIC as
Receiver for Washington Mutual Bank*

/s/ Talcott J. Franklin

Talcott J. Franklin
Talcott Franklin PC
1521 N. Cooper Street, Suite 340
Arlington, TX 76011
Phone: (214) 321-3838
Fax: (877) 577-1356
Email: tal@talcottfranklin.com

*Counsel for Plaintiff-Appellant Deutsche Bank
National Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, I electronically filed the foregoing motion with the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:


Brent J. McIntosh
Sullivan & Cromwell LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006-5215
Email: mcintoshb@sullcrom.com
*Attorney for JPMorgan Chase Bank, N.A. and Washington Mutual Mortgage Securities Corporation*


Talcott J. Franklin
Talcott Franklin PC
1521 N. Cooper Street, Suite 340
Arlington, TX 76011
Email: tal@talcottfranklin.com
*Attorney for Deutsche Bank National Trust Company*


  /s/ Kathryn R. Norcross
Kathryn R. Norcross