**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Trusts,<br><br>    Plaintiff-Appellant,<br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver of Washington Mutual Bank,<br><br>    Defendant-Appellant,<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION,<br><br>    Defendants-Appellees. | Case No: 15-5322<br>Consolidated with No. 15-5326<br><br>D.D.C. No. 09-cv-1656-RMC |

**STIPULATION OF DISMISSAL**

  All parties who have appeared in the two above-captioned consolidated appeals stipulate that these appeals are dismissed with prejudice. Each party shall bear its own costs and fees on appeal. *See* Fed. R. App. P. 42(b).

1

| | | |
|---|---|---|
| Dated: | September 8, 2017<br>Washington, D.C. | Respectfully submitted, |

/s/ Robert A. Sacks
Robert A. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
sacksr@sullcrom.com

*Counsel for Defendants-Appellees
JPMorgan Chase Bank, N.A. and
Washington Mutual Mortgage
Securities Corporation*


/s/ Kathryn R. Norcross
Kathryn R. Norcross, Senior Counsel
FEDERAL DEPOSIT INSURANCE
CORPORATION
3501 Fairfax Drive, Room VS-D-7062
Arlington, Virginia 22226
Telephone: (703) 562-2010
Facsimile: (703) 562-2496
Email: knorcross@fdic.gov
Email: mvancea@fdic.gov

*Counsel for Defendant-Appellant FDIC as
Receiver for Washington Mutual Bank*


/s/ Talcott J. Franklin
Talcott J. Franklin
Talcott Franklin PC
1521 N. Cooper Street, Suite 340
Arlington, TX 76011
Phone: (214) 321-3838
Fax: (877) 577-1356
Email: tal@talcottfranklin.com

*Counsel for Plaintiff-Appellant Deutsche Bank
National Trust Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:

Robert A. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800
sacksr@sullcrom.com

Talcott J. Franklin
Talcott Franklin PC
1521 N. Cooper Street, Suite 340
Arlington, TX 76011
Email: tal@talcottfranklin.com
*Attorney for Deutsche Bank National Trust Company*

/s/ Kathryn R. Norcross
Kathryn R. Norcross